JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LOVE, | No. CV 08-2998-AHM(CW) |
|     Plaintiff, | JUDGMENT |
|     v. | |
| ROBERT AYERS, et al., | |
|     Defendants. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:  August 9, 2012

                                      A. HOWARD MATZ
                            United States District Judge

JS - 6